**NOTE: CHANGES MADE BY COURT**

# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LACHAN MARIE STAPLETON, individually; MANUEL STAPLETON, individually, | Case No.: 5:21-cv-00254-FWS-SHK |
| Plaintiffs, | **ORDER GRANTING PARTIES' STIPULATION TO DISMISS [22]** |
| vs. | |
| JOSHUA McCOLM, individually, and DOES 1 through 50, inclusive, | |
| Defendants. | |

///

///

///

1

Having reviewed and considered the Parties' Stipulation to Dismiss Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) [22], and good cause appearing, the court **ORDERS** the following:

1. This Action is **Dismissed with Prejudice** as to all claims, causes of action, and parties, with each party to bear its own attorney's fees and costs; and
2. The clerk is directed to close the file.

**IT IS SO ORDERED**.

Dated:  August 12, 2022

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE